EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS J. BRADY
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 24 2002

at 10 o'clock and 25 min. ___M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR02-00429 HG |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [21 U.S.C. §§ 846, 841(a)(1)] |
| | ) | |
| MICHAEL COLLADO,         (01) | ) | |
| JOHN ROSCOM,             (02) | ) | |
| ERIC ORDONEZ,            (03) | ) | |
| DOMINADOR PAGUIRIGAN,    (04) | ) | |
| | ) | |
| Defendants. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

From a date unknown, but from at least October 6, 2002, to on or about October 10, 2002, within the District of Hawaii and elsewhere.

MICHAEL COLLADO,

JOHN ROSCOM,

ERIC ORDONEZ, and

DOMINADOR PAGUIRIGAN,

defendants herein, did conspire, with each other and others unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute in excess of 50 grams, to wit, approximately ten (10) pounds of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## OVERT ACTS

In furtherance of the conspiracy and to accomplish the objects thereof, the following overt acts were committed in the District of Hawaii and elsewhere by members of the conspiracy:

1)  On or about the first week of October, 2002, MICHAEL COLLADO approached DOMINADOR PAGUIRIGAN and recruited PAGUIRIGAN, and his associates, JOHN ROSCOM and ERIC ORDONEZ to transport methamphetamine from Los Angeles, California to Honolulu, Hawaii.

2)  On or about the morning of October 6, 2002, MICHAEL COLLADO drove DOMINADOR PAGUIRIGAN, JOHN ROSCOM and ERIC ORDONEZ to the Honolulu International Airport, Honolulu, Hawaii.

3)   On or about October 6, 2002, DOMINADOR PAGUIRIGAN, JOHN ROSCOM and ERIC ORDONEZ flew on Hawaiian Airlines from Honolulu, Hawaii to Los Angeles, California.  Each man had secreted U.S. currency on their persons, totaling approximately $100,000 in cash.  The money was to be used to purchase methamphetamine.

4)   On or about October 8, 2002, drug couriers dropped off multiple pounds of methamphetamine to DOMINADOR PAGUIRIGAN, who was staying, along with JOHN ROSCOM and ERIC ORDONEZ, at the Quality Inn, Los Angeles, California.

5)   On or about October 8, 2002, DOMINADOR PAGUIRIGAN, JOHN ROSCOM and ERIC ORDONEZ "repackaged" the methamphetamine in preparation to transporting the drugs to Hawaii.

6)   On or about October 9, 2002, DOMINADOR PAGUIRIGAN, JOHN ROSCOM and ERIC ORDONEZ took a taxi from their Los Angeles, California hotel to the Los Angeles International Airport, Los Angeles, California.  Each man had secreted multiple pounds of methamphetamine on their persons, totaling approximately twelve (12) pounds (gross weight) of methamphetamine.

7)   On or about October 9, 2002, MICHAEL COLLADO drove to the Honolulu International Airport, Honolulu, Hawaii with the intent to pick up DOMINADOR PAGUIRIGAN, JOHN ROSCOM and ERIC ORDONEZ.

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

The Grand Jury further charges that:

On or about October 9, 2002, in the District of Hawaii, MICHAEL COLLADO did knowingly and intentionally attempted to possess with intent to distribute in excess of 50 grams, to wit, approximately ten (10) pounds of methamphetamine, its salts, isomers and salts of its isomers a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

DATED: _____10/24_____, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
THOMAS J. BRADY
Assistant U.S. Attorney

UNITED STATES V. MICHAEL COLLADO, ET AL.
"Indictment"
Cr. No. _____

4